**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 10, 2026**



**In The**

# Fifteenth Court of Appeals

---

**NO. 15-26-00047-CV**

---

**JASON CAMPBELL, Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, A TEXAS CORPORATION, Appellee**

---

**On Appeal from the 261st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-22-001817**

---

### MEMORANDUM OPINION

This is an appeal from an interlocutory order signed December 17, 2025. On February 3, 2026, appellant Jason Campbell filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.